UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60078-RAR

UNITED STATES OF AMERICA

vs.

**MELVIN DAVID CRUZ-ORTIZ**,

    Defendant.
_____/

**ORDER GRANTING MOTION REQUESTING APPOINTMENT OF
CO-COUNSEL PURSUANT TO 18 U.S.C. § 3005**

**THIS CAUSE** comes before the Court on the Motion Requesting Appointment of Co-Counsel Pursuant to 18 U.S.C. § 3005 [ECF No. 98] ("Motion"). The Court having considered the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. CJA Attorney Stuart Adelstein, Esq. is hereby appointed as second attorney to serve as Learned Counsel to represent Defendant Melvin David Cruz-Ortiz in this matter for criminal representation during the death penalty authorization process within the Department of Justice.

**DONE AND ORDERED** in Miami, Florida this 22nd day of February, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc:    All Parties of Record