UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60078-RAR(s)(s)

UNITED STATES OF AMERICA,

vs.

MELVIN DAVID CRUZ-ORTIZ,

    Defendant.

_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court on the Motion to Withdraw as Counsel for Defendant, Melvin David Cruz-Ortiz ("Motion"), [ECF No. 198].  The Court has considered the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Stuart Adelstein, Esq. is hereby relieved of further responsibility in this matter as Learned Co-Counsel in this case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record