**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-60078CR-RUIZ**

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**

**MELVIN DAVID CRUZ-ORTIZ,**

    Defendant.

_____/

**POSITION OF DEFENDANT WITH RESPECT**
**TO PRE-SENTENCE INVESTIGATION REPORT**

Defendant **MELVIN DAVID CRUZ-ORTIZ**, by and through counsel, gives notice that Defendant has the following position with respect to the Pre-Sentence Report (PSI) in this case:

Defendant has no objection to the Pre-Sentence Investigation Report as written. Defendant reserves the right to present any argument based on the factors listed in 18 U.S.C. §3553(a).

                     Respectfully submitted,

                     LAW OFFICES OF
                     J. RAFAEL RODRÍGUEZ
                     6367 BIRD ROAD
                     MIAMI, FL  33155
                     (305) 667-4445
                     [jrafrod@bellsouth.net](mailto:jrafrod@bellsouth.net)

                     *s/ J. Rafael Rodríguez*
                     J. RAFAEL RODRÍGUEZ
                     FLA BAR NO. 302007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on this 8th day of April, 2025.

*s/ J. Rafael Rodríguez*
J. RAFAEL RODRÍGUEZ